**Pedro JESUS–GONZALEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–72977.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 24, 2011.

Ricardo Vidal, Law Offices of Ricardo Vidal, P.A., San Diego, CA, for Petitioner.

Ann M. Welhaf, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

MEMORANDUM **

Pedro Jesus–Gonzalez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for withholding of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to review the IJ's determination that Jesus–Gonzalez is ineligible for withholding of removal under the "persecutor's bar" of 8 U.S.C. § 1231(b)(3)(B)(i) because Jesus–Gonzalez failed to exhaust this issue before the BIA. See Barron v. Ashcroft, 358 F.3d 674, 677–78 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**